No. 23-1825

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br>Plaintiffs-Appellees, <br><br>v. <br><br>KWAME RAOUL, Attorney General of the State of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, <br><br>Defendants-Appellants. | Appeal from the United States District Court for the Southern District of Illinois <br><br><br><br><br><br><br><br><br>No. 3:23-cv-00209-SPM <br><br><br><br><br><br><br><br>The Honorable STEPHEN P. McGLYNN, Judge Presiding. |

**SUBSTITUTE APPEARANCE**

Sarah A. Hunger, Deputy Solicitor General, enters the appearance of Defendants-Appellants Kwame Raoul and Brendan F. Kelly, in their official capacities, and her appearance as their attorney in the above-captioned matter,

replacing Assistant Attorney General Christopher G. Wells.

        Respectfully submitted,

        **KWAME RAOUL**
        Attorney General
        State of Illinois

By:   /s/ Sarah A. Hunger
        **SARAH A. HUNGER**
        Deputy Solicitor General
        100 West Randolph Street
        12th Floor
        Chicago, Illinois 60601
        (312) 814-5202 (office)
        (312) 771-3885 (cell)
        Sarah.Hunger@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 2, 2023, I electronically filed the foregoing Substitute Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Sarah A. Hunger
**SARAH A. HUNGER**
Deputy Solicitor General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-5202 (office)
(312) 771-3885 (cell)
Sarah.Hunger@ilag.gov