No. 23-1825

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CALEB BARNETT, BRIAN NORMAN, HOOD'S GUNS & MORE, PRO GUN AND INDOOR RANGE, and NATIONAL SPORTS SHOOTING FOUNDATION, INC., | ) ) ) ) ) ) | Appeal from the United States District Court for the Southern District of Illinois |
| Plaintiffs-Appellees, | ) ) | |
| v. | ) ) | No. 3:23-cv-00209-SPM |
| KWAME RAOUL, Attorney General of the State of Illinois, and BRENDAN F. KELLY, Director of the Illinois State Police, | ) ) ) ) ) ) | The Honorable STEPHEN P. McGLYNN, |
| Defendants-Appellants. | ) | Judge Presiding. |

**DOCKETING STATEMENT**

As required by 7th Cir. R. 3(c), Defendants-Appellants Kwame Raoul, in his official capacity as Attorney General of the State of Illinois, and Brendan Kelly, in his official capacity as Director of the Illinois State Police (collectively, "state defendants"), by their attorney, Kwame Raoul, Attorney General of the State of Illinois, submit this docketing statement.

1. On January 24, 2023, Plaintiffs-Appellees Caleb Barnett, Brian Norman, Hood's Guns & More, Pro Gun and Indoor Range, and National Sports Shooting Foundation, Inc., filed a complaint in the district court under 42 U.S.C. § 1983 claiming that the Protect Illinois Communities Act, Pub. Act 102-1116 (eff. Jan.

10, 2023) ("Act"), violated their rights to keep and bear arms under the Second and Fourteenth Amendments to the United States Constitution. Doc. 1 at 19-26. Because the complaint raised federal questions, the district court had subject matter jurisdiction over these actions under 28 U.S.C. § 1331.

2. Two days later, plaintiffs filed a motion for preliminary injunction to preclude the Act from being enforced until final judgment could be entered. Doc. 10.

3. On February 24, 2023, the district court entered an order consolidating this action with three other cases involving Second Amendment challenges to the Act (*Harrel v. Raoul*, No. 3:23-cv-00141-SPM; *Langley v. Kelly*, No. 3:23-cv-00192; and *Federal Firearms Licensees of Illinois v. Pritzker*, No. 3:23-cv-00215) "for the purposes of discovery and injunctive relief." Doc. 32 at 3-4. The court designated this action "as the lead case." *Id*.

4. On April 28, the district court granted plaintiffs' motions for preliminary injunction in a single order entered in *Barnett* that "carrie[d] over" to *Harrel*, *Langley*, and *Federal Firearms*. Doc. 101 at 2. No motion to alter or amend the order was filed.

5. That same day, state defendants filed a notice of appeal, Doc. 102, which was timely under 28 U.S.C. § 2107(a) and Fed. R. App. P. 4(a)(1)(A) because it was filed within 30 days of the district court's order granting plaintiffs' motion for a preliminary injunction.

6. Accordingly, this court has jurisdiction over this appeal from the order granting plaintiffs' motion for a preliminary injunction under 28 U.S.C. § 1292(a)(1).

7.     This appeal is related to the appeals in *Harrel v. Raoul*, No. 23-1826; *Langley v. Kelly*, No. 23-1827; and *Federal Firearms Licensees of Illinois v. Pritzker*, No. 23-1827, in that they were consolidated in the district court and arise from the same district court order granting plaintiffs' motion for a preliminary injunction. This appeal also is related to the pending appeals in *Bevis v. City of Naperville*, No. 23-1353, and *Herrera v. Raoul*, No. 23-1793, in that *Bevis* and *Herrera* are interlocutory appeals from the denials of motions for preliminary injunction in actions claiming that the Act violates the plaintiffs' rights to keep and bear arms under the Second and Fourteenth Amendments to the United States Constitution.

                                      Respectfully submitted,

                                      KWAME RAOUL
                                      Attorney General
                                      State of Illinois

By:    /s/ Carson R. Griffis
        CARSON R. GRIFFIS
        Assistant Attorney General
        100 West Randolph Street
        12th Floor
        Chicago, Illinois 60601
        (312) 814-2575 (office)
        (773) 590-7116 (cell)
        Carson.Griffis@ilag.gov

May 2, 2023

# CERTIFICATE OF FILING AND SERVICE

I certify that on May 2, 2023, I electronically filed the foregoing Docketing Statement with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are registered CM/ECF users and will be served by the CM/ECF system.

| | |
|---|---|
| Paul D. Clement | Gary C. Pinter |
| paul.clement@clementmurphy.com | gpinter@smbtrials.com |

/s/ Carson R. Griffis
CARSON R. GRIFFIS
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2575 (office)
(773) 590-7116 (cell)
Carson.Griffis@ilag.gov