# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 12, 2023

*By the Court:*

| | |
|---|---|
| Nos. 23-1793, 23-1825, 23-1826, 23-1827 & 23-1828 | JAVIER HERRERA, CALEB BARNETT, et al.,<br>Plaintiffs - Appellants<br>v.<br><br>KWAME RAOUL, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court Nos: 1:23-cv-00532, 3:23-cv-00209-SPM, 3:23-cv-00141-SPM, 3:23-cv-00192-SPM & 3:23-cv-00215-SPM<br>Northern District of Illinois, Eastern Division<br>District Judges Lindsay C. Jenkins & Stephen P. McGlynn |

When the parties file their briefs in this consolidated appeal, the governmental parties, whose opening briefs are due on June 5, 2023, shall file their briefs with blue covers. The plaintiffs, whose briefs are due on June 19, 2023, shall file their briefs with red covers. And the governmental parties shall file any reply briefs by June 26, 2023, with gray covers.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)