No. 23-1793

# IN THE
## UNITED STATES COURT OF APPEALS FOR THE
## SEVENTH CIRCUIT

| | |
|---|---|
| JAVIER HERRERA, | ) Appeal from the United States |
| | ) District Court, Northern District of |
| Plaintiff-Appellant, | ) Illinois, Eastern Division |
| | ) |
| v. | ) No. 23-cv-00532 |
| | ) |
| KWAME RAOUL, et al., Defendants- | ) The Honorable, |
| | ) Lindsay C. Jenkins, |
| Appellees. | ) Judge Presiding. |
| | ) |

**APPEARANCE**

I hereby enter my appearance for defendants-appellees COUNTY OF COOK, TONI PRECKWINKLE, KIMBERLY M. FOXX, and THOMAS DART in the above-entitled case.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook
County

By:   s/ MEGAN HONINGFORD
   **MEGAN HONINGFORD**
Assistant State's Attorney
Civil Actions Bureau
Advice, Transactions, & Litigation Unit
500 Richard J. Daley Center
Chicago, IL  60602
(312) 603-3630
megan.honingford@cookcountyil.gov

**CERTIFICATE OF SERVICE**

The foregoing APPEARANCE has been electronically filed on May 12, 2023. I certify that I have caused the foregoing APPEARANCE to be served on all counsel of record via CM/ECF electronic notice on May 12, 2023.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

David Brandon Smith
City of Chicago Law Department
2 N. LaSalle Street, Suite 520
Chicago, IL 60602
david.smith4@cityofchicago.org

s/ MEGAN HONINGFORD
**MEGAN HONINGFORD**