# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

June 20, 2023

| | |
|---|---|
| No. 23-1793 | JAVIER HERRERA,<br>        Plaintiff - Appellant<br><br>v.<br><br>KWAME RAOUL, et al.,<br>        Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:23-cv-00532<br>Northern District of Illinois, Eastern Division<br>District Judge Lindsay C. Jenkins ||

**To:**

    Ms. Taylor A.R. Meehan
    CONSOVOY MCCARTHY PLLC
    1600 Wilson Boulevard
    Suite 700
    Arlington, VA 22209


A Disclosure Statement or Amended Disclosure Statement is required for every attorney listed on the front cover . See Fed. R. App. P. 26.1, 28(a)(1), and 28(b).

The resubmission will be deemed timely if the electronic filing is accomplished within two (2) days of this notice (by 11:59 pm on the second day of this notice).

Sincerely,
Clerk of the Court

By: Deputy Clerk:

_____

Lindsay Jaquays

NOTE:   Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.

form name: **c7_Brief_Deficiency_Letter**    (form ID: **187**)