# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 23, 2023

*By the Court:*

| | |
|---|---|
| No. 23-1825 | CALEB BARNETT, et al.,<br>      Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br>      Defendants - Appellants |
| No. 23-1793 | JAVIER HERRERA,<br>      Plaintiff - Appellant<br><br>v.<br><br>KWAME RAOUL, et al.,<br>      Defendants - Appellees |
| No. 23-1826 | DANE HARREL, et al.,<br>      Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br>      Defendants - Appellants |
| No. 23-1827 | JEREMY W. LANGLEY, et al.,<br>      Plaintiffs - Appellees<br><br>v.<br><br>BRENDAN KELLY,<br>      Defendant - Appellant |
| No. 23-1828 | FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,<br>      Plaintiffs - Appellees |

|  | v. |
|---|---|
|  | JAY ROBERT PRITZKER, et al.,<br>Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 3:23-cv-00209-SPM |
| Southern District of Illinois |
| District Judge Stephen P. McGlynn |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cv-00532 |
| Northern District of Illinois, Eastern Division |

| **Originating Case Information:** |
|---|
| District Court No: 3:23-cv-00141-SPM |
| Southern District of Illinois |

| **Originating Case Information:** |
|---|
| District Court No: 3:23-cv-00192-SPM |
| Southern District of Illinois |

| **Originating Case Information:** |
|---|
| District Court No: 3:23-cv-00215-SPM |
| Southern District of Illinois |

Upon consideration of the **MOTION FOR LEAVE TO FILE AMICUS BRIEF**, filed on June 23, 2023, by John Cutonilli,

**IT IS ORDERED** that John Cutonilli's motion to file an amicus brief is **DENIED**.

form name: **c7_Order_BTC** (form ID: **178**)