# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 27, 2023

| No. 23-1825 | CALEB BARNETT, et al.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br>　　　　Defendants - Appellants |
|---|---|
| No. 23-1793 | JAVIER HERRERA,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>KWAME RAOUL, et al.,<br>　　　　Defendants - Appellees |
| No. 23-1826 | DANE HARREL, et al.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br>　　　　Defendants - Appellants |
| No. 23-1827 | JEREMY W. LANGLEY, et al.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>BRENDAN KELLY,<br>　　　　Defendant - Appellant |
| No. 23-1828 | FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>JAY ROBERT PRITZKER, et al.,<br>　　　　Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 3:23-cv-00209-SPM |
| Southern District of Illinois |
| District Judge Stephen P. McGlynn |
| **Originating Case Information:** |
| District Court No: 1:23-cv-00532 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 3:23-cv-00141-SPM |
| Southern District of Illinois |
| **Originating Case Information:** |
| District Court No: 3:23-cv-00192-SPM |
| Southern District of Illinois |
| **Originating Case Information:** |
| District Court No: 3:23-cv-00215-SPM |
| Southern District of Illinois |

Upon consideration of the **MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE OF DC PROJECT FOUNDATION, INC., OPERATION BLAZING SWORD, INC., AND LIBERAL GUN CLUB IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**, filed on June 26, 2023, by attorney Michael L. Rice,

**IT IS ORDERED** that the motion by the DC Project Foundation, Operation Blazing Sword, and the Liberal Gun Club for leave to file an amicus brief is **DENIED**.


form name: **c7_Order_BTC**     (form ID: **178**)