# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 10, 2023

*By the Court:*

```
JAVIER HERRERA, CALEB            ]  Appeals from the United
BARNETT, et al.,                 ]  States District Court for
     Plaintiffs-Appellants,      ]  the Northern District of
                                 ]  Illinois, Eastern Division.
Nos. 23-1793, 23-1825, 23-1826,  ]
23-1827 & 23-1828      v.        ]  Nos. 1:23-cv-00532
                                 ]       3:23-cv-00209
KWAME RAOUL, et al.,             ]       3:23-cv-00141
     Defendants-Appellees.       ]       3:23-cv-00192
                                 ]       3:23-cv-00215, FILED
                                 ]
                                 ]  Lindsay C. Jenkins,
                                 ]  Stephen P. McGlynn,
                                 ]       Judges.
```

Upon consideration of the **MOTION FOR RECONSIDERATION OF THE DENIAL OF LEAVE TO FILE AN AMICUS BRIEF BASED ON ORAL ARGUMENT**, filed on July 7, 2023, by the pro se appellant,

**IT IS ORDERED** that the motion for reconsideration is **DENIED**.

**IT IS FURTHER ORDERED** that John Cutonilli's permission to use the Electronic Case Filing System in this consolidated appeal is terminated. Briefing is complete and Cutonilli, as a non-party, does not need to file anything further in this appeal.