

# OFFICE OF THE ATTORNEY GENERAL
# STATE OF ILLINOIS

Kwame Raoul
Attorney General

November 2, 2023

Mr. Christopher G. Conway
Clerk of the Court
United States Court of Appeals for the Seventh Circuit
219 South Dearborn St., 27th Floor
Chicago, Illinois 60604

Re:   *Barnett v. Raoul,* Nos. 23-1825, 23-1793, 23-1826, 23-1827, 23-1828 (consol.)
      *Bevis v. City of Naperville*, No. 23-1353

Dear Mr. Conway:

Plaintiffs cite as supplemental authority *Miller v. Bonta,* No. 19-cv-01537-BEN-JLB, Doc. No. 175 (S.D. Cal. Oct. 19, 2023), which enjoined enforcement of California's restrictions on assault weapons as set forth in California Penal Code section 30515. But the Ninth Circuit has already stayed that decision, which conflicts with the vast majority of decisions addressing a challenge to a law restricting assault weapons following *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).[1]

---

[1] *See Grant v. Lamont*, No. 3:22-cv-01223, 2023 WL 5533522 (D. Conn. Aug. 28, 2023), *appeal docketed*, No. 23-1344 (2d Cir. Sept. 28, 2023); *Nat'l Ass'n of Gun Rights v. Lamont*, No. 22-cv-01118, 2023 WL 4975979 (D. Conn. Aug. 3, 2023), *appeal docketed*, No. 23-1168 (2d Cir. Aug. 16, 2023); *Hartford v. Ferguson*, No. 3:23-cv-05364, 2023 WL 3836230 (W.D. Wash. June 6, 2023); *Del. State Sportsmen's Ass'n v. Del. Dep't of Safety & Homeland Sec.*, No. 22-951, 2023 WL 2655150 (D. Del. Mar. 27, 2023), *appeal docketed*, No. 23-1634 (3d Cir. Apr. 7, 2023). *But see Rocky Mountain Gun Owners v. Board of County Commissioners of Boulder County*, No. 22-cv-2113, Doc. No. 15 (D. Colo. Aug. 30, 2022) (case voluntarily dismissed after issuance of temporary restraining order, Doc. No. 30); *Rocky Mountain Gun Owners v. Superior*, No. 1:22-cv-1685, Doc. No. 18 (D. Colo. July 22, 2022) (temporary restraining order subsequently dissolved, Doc. No. 53).

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois, 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

Indeed, on October 28, 2023, the Ninth Circuit entered an order granting an administrative stay of the permanent injunction and setting an expedited schedule for briefing and argument. *Miller v. Bonta*, No. 23-2979, Doc. 13-1 (9th Cir. Oct. 28, 2023). The court further noted that "the administrative stay shall remain in effect until the merits panel decides the appeal or issues an order lifting the stay." *Id.*

Very best regards,

/s/ Sarah A. Hunger
SARAH A. HUNGER
Deputy Solicitor General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-5202 (office)
(312) 771-3885 (cell)
Sarah.Hunger@ilag.gov

*Counsel for the State Parties*

/s/ Elizabeth M. Tisher
ELIZABETH M. TISHER
Assistant Corporation Counsel
2 N. LaSalle Street, Suite 580
Chicago, Illinois 60602
(312) 744-3173
Elizabeth.Tisher@cityofchicago.org

*Counsel for the City of Chicago*

/s/ Jessica M. Scheller
Jessica M. Scheller
Deputy Chief, Civil Actions Bureau
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6934
Jessica.Scheller@cookcountyil.gov

*Counsel for the Cook County Parties*

/s/ Christopher B. Wilson
Christopher B. Wilson
Daniel T. Burley
Kahin Gabriel Tong
PERKINS COIE LLP
110 N. Wacker, Ste. 3400
Chicago, IL 60606
Telephone: (312) 324-8400
Facsimile: (312) 324-9603
CWilson@perkinscoie.com
DBurley@perkinscoie.com
KTong@perkinscoie.com

Douglas N. Letter
Shira Lauren Feldman
BRADY CENTER TO PREVENT GUN VIOLENCE
840 First Street NE, Suite 400
Washington, DC 20002
Telephone: (202) 370-8100
dletter@bradyunited.org
sfeldman@bradyunited.org

*Counsel for the City of Naperville, Illinois and Jason Arres*

## CERTIFICATE OF COMPLIANCE

This letter complies with Federal Rule of Appellate Procedure 28(j) because its body contains 297 words.

<u>/s/ Sarah A. Hunger</u>
SARAH A. HUNGER

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 2, 2023, I electronically filed the foregoing Letter with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ Sarah A. Hunger</u>
SARAH A. HUNGER
